THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| RILEY N CRAIG | ) | |
| | ) | BK. NO. 23-70449 |
| | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |

## MOTION FOR SANCTIONS UNDER 11 USC 362(k) FOR VIOLATIONS OF THE AUTOMATIC STAY

Now comes the debtor, by and through her attorney Joe C. Pioletti, and respectfully moves this Court to hold Tom DeVore in contempt and sanction him for his continued violations of the automatic stay, and in support thereof states:

I.      JURISDICTION AND VENUE

1.      That this Court has jurisdiction over this matter pursuant to 28 U.S.C. 157(b).

2.      That venue is proper in this Court pursuant to 28 U.S.C. 1409(a).

II.      PARTIES AND FACTUAL ALLEGATIONS

3.      That on May 31, 2023 at 11:11am the debtor filed this case under Chapter 7 and Tom Devore was listed in the creditor matrix.  That early on June 1, 2023 the debtor emailed Tom DeVore to let him know that she had filed for bankruptcy.  That in an email that same morning dated June 1, 2023 at 8:18am Tom DeVore sent an email to the debtor and several others ridiculing the debtor and also acknowledging the existence of the bankruptcy.  The email is attached hereto as exhibit A.

4.      That on June 2, 2023 Tom DeVore filed a lawsuit again the debtor personally in Bond County, IL case 23-CH-3.  A copy of the complaint is attached hereto as Exhibit B.

5. That on Saturday June 3, 2023 at 6:14pm Tom DeVore sent an email to the debtor attaching the Bond County 23-CH-3 complaint. A copy of said email is attached hereto as Exhibit C.

6. That on June 3, 2023 at 10:38pm this attorney emailed Tom DeVore advising him that his actions of contacting the debtor after her filing for bankruptcy and the filing of the Bond County case were violations of the automatic stay. A copy of said email is attached hereto as Exhibit D.

7. That on June 6, 2023 Tom DeVore filed an emergency motion for entry of a temporary restraining order and preliminary injunction against the debtor in Bond County, IL case 23-CH-03. A copy of said motion is attached hereto as Exhibit E. A hearing on said motion was scheduled for the next day June 7, 2023. On information and belief, Tom DeVore appeared at the hearing. The debtor had contacted the Bond County Circuit Clerk's office ahead of the hearing and advised that she had filed for bankruptcy and the judge in that case stayed further proceedings. A copy of said docket entry staying further proceedings is attached hereto as Exhibit F.

8. That on June 9, 2023 the Sangamon County Sheriff's office deputy Nick Byerline personally served the debtor with a copy of the 23-CH-3 Bond County complaint. A copy of the affidavit of service is attached hereto as Exhibit G.

9. That on June 12, 2023 Tom DeVore sent an email to the debtor demanding payment of $256.80 related to what he called personal charges on the Future You Brands, LLC credit card. Before this attorney could consult with the debtor the debtor sent Tom DeVore the $256.80. A copy of said email is attached hereto as Exhibit H.

10. That on June 22, 2023 Tom DeVore filed an order of protection in Bond County, IL case 23-OP-55. A copy of said complaint is attached hereto as Exhibit I. Notably there is not a single allegation of any domestic violence that would be exempted from the stay. The complaint mostly lists a series of complaints Tom DeVore has with things that the debtor has posted on social media and conversations that she has had with third parties. It's more a continuation of the Bond County 23-CH-3 and the TRO in that case that was stayed. This rationale is supported by an email sent by Tom DeVore to this attorney on June 23, 2023 whereby he says as much. A copy of said email is attached hereto as Exhibit J. Orders or protection are extremely serious matters that have many collateral consequences including restricting job opportunities, housing opportunities, the ability to possess a firearm, and obtain certain licenses just to name a few. As a result of the filing of this order of protection the debtor was forced to hire an attorney Jeremy Sackett and pay that attorney $3,000.

11. That on July 10, 2023 a first meeting of creditors was held in this case whereby Tom DeVore was represented by counsel who also appeared. That during questioning of the debtor Tom DeVore broke out in a completely inappropriate burst of laughter in response to one the debtor's answers. That this outburst served no other purpose than to harass, embarrass, and belittle the debtor.

12. That after the 341 meeting that same day Tom DeVore posted the attached Exhibit K on facebook. The debtor's name is not mentioned but it is clearly a threat directed at her.

13. That in the debtor's bankruptcy case there are 2 Luis Vuitton purses that are currently the subject of some exemption disputes and the trustee has asserted an intertest to administer them. At a hearing on the exemption dispute held on July 25, 2023 the trustee stated

that he had received an offer of something like $2,000-$4,000 for the two handbags. This attorney has attempted to confirm the mystery bidder with the trustee but it appears that it's Tom DeVore as on July 26, 2023 Tom DeVore posted the attached Exhibit L on facebook meant to further belittle and harass the debtor.

14. That on July 27, 2023 Tom DeVore posted several times on facebook, attached hereto as exhibit M, commenting on a picture the debtor had posted on her facebook page wearing a swimsuit.

15. That all these social media actions directed at the debtor are meant to belittle, intimidate, and harass her and further undercut the legitimacy of his order of protection. That far from being cyberstalked as he has complained of in the Bond County OP, Tom DeVore can't stop posting and commenting himself about the debtor on social media. On July 30, 2023 he followed the defendant on Instagram as evidenced by the attached Instagram screenshot Exhibit N. On August 2, 2023 Tom DeVore made further comments on facebook about the debtor, as evidenced by Exhibit O, calling her angry, weak, and stating she lacks courage. All further attempts to harass, intimidate, and belittle the debtor.

16. On July 28, 2023 Tom DeVore sent an email to the debtor and another creditor of Future You Brands, LLC encouraging that person to seek damages and awards against the debtor for her "nefarious" actions. The only purpose to include the debtor in this communciation is for further harassment and intimidation. A copy is attached hereto as Exhibit P.

17. From the moment this bankruptcy was filed through the present Tom DeVore has engaged in a non-stop effort to harass, bully, and intimidate the debtor. He has filed 2 separate court actions in violation of and with full knowledge of the stay. He has sent her countless emails only a fraction of which have been mentioned in this motion. He has posted demeaning

and bullying posts online about her.  He has demanded and collected money from her.  This is an extremely outrageous and egregious collection of stay violations by someone who is himself an attorney and should absolutely know better.  This cannot be tolerated and this Court should sanction him harshly.  This attorney has spent countless hours engaging with Tom DeVore and his client unnecessarily with regard to these violations.  The debtor has herself paid at least $3,256.80 out of pocket as a result of these actions.

      Wherefore for all of the foregoing reasons the debtor prays that this Court find that Tom DeVore engaged in a continuous and egregious series of violations of the automatic stay, sanction him in the amount of $3,256.80 in compensatory damages, $20,000 in punitive damages, and pay $2,500 in attorney fees as a result of his actions.

                                              Respectfully submitted,
                                              Riley Craig

                      BY:    /s/ Joe C. Pioletti
                                Attorney for Debtor

<u>Certificate of Service</u>

The undersigned certifies that a copy of this pleading was served as set forth below, from Eureka, IL, on August 9, 2023 to the following:

By Electronic Transmission

Robert E Eggmann on behalf of Interested Party Tom DeVore
ree@carmodymacdonald.com, ala@carmodymacdonald.com;kxd@carmodymacdonald.com

Andrew S. Erickson
aetrustee@aericksonlaw.com, IL97@ecfcbis.com

Joseph Camiel Pioletti on behalf of Debtor Riley N Craig
piolettilaw@piolettilaw.com, piolettijr86177@notify.bestcase.com

Thomas H Riske on behalf of Interested Party Tom DeVore
thr@carmodymacdonald.com, triske@ecf.inforuptcy.com;ala@carmodymacdonald.com;kxd@carmodymacdonald.com

U.S. Trustee

USTPRegion10.PE.ECF@usdoj.gov

Nathan R Wallace on behalf of Interested Party Tom DeVore
nrw@carmodymacdonald.com, ala@carmodymacdonald.com;kxd@carmodymacdonald.com

/s/ Joe C. Pioletti

Prepared by:

Joe C. Pioletti
401 Main St, Suite 103
Peoria, IL 61602-1241
Eureka, IL 61530
Tel. (309) 467-3213
Fax (309) 467-4540
Email: joe@piolettilaw.com