

Posts

**Thomas DeVore** ✓
1h · 🌐

Humility!! Only until rock bottom is hit and good intentioned people quit saving them from the bottom will humility ever come! And without humility, there can be no path forward! Sadly, sometimes humility has to be taught the hard way as vanity and arrogance can learn someone learning that lesson on their own!



What's something that people don't understand until they experience themselves

👍❤️ 114

👍❤️ 114

👍 114     💬 67     ↗ 5

**Brenda Willmoth** So sorry to hear that. When I was studying narcissistic abuse from my ex, I discovered I had experienced it all my life with my mother .. I married a male version of her...
Now I know... hard lesson... but I'm stronger for it. No more, never again.

53 mins     Like     Reply



**Thomas DeVore** ✓
**Vanesa Baker** my most recent ex is a replica of her mother. She's so angry but can't find the courage to get passed it and move on. The trauma is overwhelming and her mother is single-handedly ruining her life. It's heartbreaking but I realized I can't stop it. I tried to provide a support system to allow her the freedom to grow and thrive. It didn't work and sadly I always knew it never works except in the rarest of circumstances. She just wasn't strong enough. Maybe she will overcome some day but for now I had to protect myself and move on!!

13 mins     Like     Reply





**Brenda Willmoth**

Vanesa Baker same here, I was always the bad child! But I have learned when there's no one to talk to there's always God and He always listens. Gets me thru every day. And at the end of the day I'm happy and narcissistic people just hate that, esp when they're trying so hard to

← **Replies** 🔍

1 hr   Like   Reply   😢🥺 3


**Coffeen Hotspot**
**Thomas DeVore** Your very driven and strong 💪 I admire you!!

1 hr   Like   Reply


**Brenda Willmoth**
**Vanesa Baker** so true, going thru that now myself. Everything is my fault, can't do anything right, and when he's caught in a blatant lie, still my fault bc I'm the worst person on earth! Fortunately I've learned how to stay two steps ahead of him and that just causes his head to spin!! 😂

1 hr   Like   Reply   👍 1


**Thomas DeVore** ✓
**Coffeen Hotspot** and when I was out on the campaign trail fighting for people she was sneaking over to her old boyfriends house.  No morals at all!!

1 hr   Like   Reply   😮😡 2


**Vanesa Baker**



And then the arrogance of ignorance of people to try and tell you otherwise or gaslight that it wasn't what it was ....be quiet...

1 hr   Like   Reply

Vanesa Baker

8/9/23, 5:27 PM Case 23-70449 Doc 35-15 Filed 08/09/23 & Defamatory Facebook post Entered 08/09/23 18:19:42 Desc Exhibit O Page 7 of 8

← **Replies** 🔍


**Thomas DeVore** ✓
Vanesa Baker true dat!!!!

1 hr   Like   Reply


**Amy Whiteside**
Vanesa Baker 100%!

1 hr   Like   Reply


**Coffeen Hotspot**
Vanesa Baker one of the hardest to overcome

1 hr   Like   Reply   ❤ 1


**Thomas DeVore** ✓
Coffeen Hotspot I did it to myself three times out of the last 4.  I've finally learned my lesson.  Last one even used her own child to manipulate me.  It was horrific! Poor baby!!

1 hr   Like   Reply   😥🥺 3


**Coffeen Hotspot**
Thomas DeVore Your very driven and strong 💪 I admire you!!



1 hr    Like    Reply

**Brenda Willmoth**
Vanesa Baker so true, going thru that now